## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE – WESTERN DIVISION

KENYA BRYANT,

                Plaintiff,

       v.

GLAXOSMITHKLINE, LLC,

                Defendant.

Civil Action No. 2:19-CV-02673-TLP-TMP

## DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF ALLEGED "MUNCHHAUSEN BY PROXY" REMARK

**COMES NOW** Defendant GlaxoSmithKline, LLC ("GSK"), and moves in limine for the Court to preclude evidence of an alleged "Munchhausen by Proxy" remark. In support of this motion, GSK will rely upon its Memorandum of Law in Support and the Declaration of Daniel S. Richards with accompanying exhibits, filed contemporaneously herewith.

Dated: December 12, 2025

Respectfully submitted,

ADAMS & REESE LLP

*/s/ Brent E. Siler*
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
Tel: (901) 524-5273
brent.siler@arlaw.com

PAUL HASTINGS LLP

*/s/ Daniel S. Richards*
Blair J. Robinson (admitted *pro hac vice*)

Daniel S. Richards (admitted *pro hac vice*)
200 Park Ave
New York, NY 10178
Tel: 212.318.6075
blair.robinson@paulhastings.com
danrichards@paulhastings.com

*Attorneys for Defendant GlaxoSmithKline, LLC*

## CERTIFICATE OF CONSULTATION

The undersigned certifies that, on November 26, 2025, I emailed Plaintiff's counsel, Chris Burks, regarding this Motion, and counsel has not responded to my email.

*/s/ Daniel S. Richards*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing document was filed electronically to the ECF system and was therefore served upon the following counsel of record:

Chris Burks
WH Law
1 Riverfront Place, STE 745
North Little Rock, AR 72114
chris@wh.law

*Counsel for Plaintiff*


*/s/ Daniel S. Richards*