## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE – WESTERN DIVISION

|  |  |
|---|---|
| KENYA BRYANT,<br><br>              Plaintiff,<br><br>    v.<br><br>GLAXOSMITHKLINE, LLC,<br><br>              Defendant. | Civil Action No. 2:19-CV-02673-SHM-TMP |

### [PROPOSED] ORDER

And now this _____ day of _____, upon consideration of Defendant's Motion in Limine to Preclude evidence of the alleged "Munchhausen by Proxy" remark, it is hereby ORDERED that the Motion is GRANTED.


BY THE COURT:


_____
Hon. Samuel H. Mays, Jr., U.S.D.J.